UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE MANRIQUE, suing individually on his own behalf and reprehensibility on behalf of a class of plaintiffs similarly situated,<br><br>Plaintiff,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant, | Civil Action No:<br>7-21-cv-0224-KMK<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Brian L. Bank, dated January 31, 2022, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), by and through its counsel, Rivkin Radler LLP and Dechert LLP, shall move this Court before the Honorable Kenneth M. Karas at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, NY 10601-4150, for an Order amending the Court's December 2, 2021, Opinion and Order (ECF No. 28) so as to permit interlocutory appeal pursuant to 28 U.S.C. § 1292(b), along with such other and further relief as this Court may deem just and proper. Oral argument shall be scheduled on a date and at a time designated by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Motion Scheduling

1

Order, dated January 10, 2022 [D.E. 35], any opposing declarations and/or memoranda shall be served by no later than February 21, 2022.

Dated: January 31, 2021
      New York, New York

Respectfully submitted,

**DECHERT LLP**

/s/ *Douglas W. Dunham*
Douglas W. Dunham
Ellen P. Quackenbos
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599
douglas.dunham@dechert.com

-and-

**RIVKIN RADLER LLP**

/s/ Brian L. Bank
Evan H. Krinick
Brian L. Bank
926 RXR Plaza
Uniondale, New York 11556
Telephone:     (516) 357-3000
Facsimile:     (516) 357-3333
brian.bank@rivkin.com

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

5417319.v1