# Dechert LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**DOUGLAS DUNHAM**

douglas.dunham@dechert.com
+1 212 649 8748 Direct
+1 212 698 3599 Fax

**MEMO ENDORSED**

August 4, 2022

**BY ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Manrique v. State Farm Mutual Automobile Insurance Company*
      Case No. 7:21-cv-0224(KMK)

Dear Judge Karas:

   I am writing to confirm that defendant State Farm Mutual Automobile Insurance Company ("State Farm") does not intend to submit a response to plaintiff's motion to substitute the decedent's estate's administrator in place of the decedent as the named plaintiff (ECF No. 48). State Farm reserves its rights.

Very Truly Yours,

Douglas Dunham

Douglas Dunham

**Counsel, thank you for confirming. Accordingly, Plaintiff's Motion is granted. The Clerk of Court is respectfully directed to terminate the pending Motion, (Dkt. No. 48), and substitute the Action's Plaintiff accordingly.**

**Date: 8/5/2022**

SO ORDERED

KENNETH M. KARAS U.S.D.J.